IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SEAN WHITE ) | |
| ) | |
| VS. ) | C.A. NO. 4:20-cv-00510 |
| ) | |
| CADENCE BANK, N.A. ) | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE
PURSUANT TO FRCP 41(a)(1)**

TO THE HONORABLE JUDGE OF SAID COURT:

PLEASE BE ADVISED that the parties in this case, SEAN WHITE Plaintiff and CADENCE BANK, N.A., Defendant have reached a resolution of Plaintiff's claims and pursuant to FRCP 41(a)(1)(A)(ii), requests dismissal of all claims against Defendant in their entirety and with prejudice.

**STIPULATION**

It is stipulated by and between the parties hereto that this action be dismissed with prejudice as to all parties and as to all causes of action with each party to bear their own attorney's fees and costs.

DATED:    May 15, 2020

FOR SEAN WITE, Plaintiff

BY:    /S/  R. Bruce Tharpe
R. Bruce Tharpe
LAW OFFICES OF R. BRUCE THARPE
PO Box 101
Olmito, Texas 78575
(956) 255-5111
(866) 599-2596 – Fax
Email: rbtharpe@aol.com
Texas State Bar ID No. 19823000

FOR CADENCE BANK, N.A., Defendant

BY:    */S/ Stephanie Gaston*
Stephanie Gaston
BRADLEY ARANT BOULT CUMMINGS LLP
600 Travis, Suite 4800
Houston, Texas 77002
(713) 576-0355 - Office
(713-547-8509 - Direct
         – Fax
Email: sgaston@bradley.com